Lefler and Others *v.* Dermotte.

*Carter Gazlay, Thomas Galpin,* and *John H. Brown,* for the appellants.

*A. Brown, Oscar B. Hord* and *Cortez Ewing* for the appellees.

———◆◆———

LEFLER and Others *v.* DERMOTTE.

The rate of interest allowed by law in the place where a note is made
   payable, may be recovered in an action here, if the law of the
   place of payment is properly averred and proven.

APPEAL from the *Jasper* Circuit Court.

*Per Curiam.*—Action by *Dermotte* against the appellants, to foreclose a mortgage, given to secure the payment of promissory notes, payable in the State of *New York.* Interest was demanded and recovered at the rate of seven per cent. The

only point made in the brief of counsel for appellants, is that the law of *New York,* allowing interest at that rate, is not set out. The counsel is mistaken as to the averments in the complaint. It is averred that the law of *New York* allows interest at that rate, and the statute of that State is, in terms, set out.

The judgment is affirmed, with costs, and 3 per cent. damages.

*David McDonald,* for the appellants.

*Newcomb & Tarkington,* and *Stanfield & Anderson,* for the appellee.